UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 45591
   DAWN C WHITE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

      Debtor
  SSN XXX-XX-5909

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/13/04 and confirmed on 03/04/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  19800.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| DELL FINANCIAL SVCS | SECURED | 900.00 | 19.21 | 900.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2634.24 | .00 | 2634.24 |
| ILLINOIS DEPT REVENUE | PRIORITY | 294.12 | .00 | 294.12 |
| ASPIRE VISA | UNSECURED | 3352.80 | .00 | 1534.57 |
| BANK ONE DELAWARE NA | UNSECURED | 1941.35 | .00 | 888.55 |
| WORLD FINANCIAL NETWORK | UNSECURED | 554.87 | .00 | 253.96 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3976.95 | .00 | 1820.25 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4877.52 | .00 | 2232.44 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1383.36 | .00 | 633.16 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1654.13 | .00 | 757.09 |
| MARSHALL FIELD | UNSECURED | 863.73 | .00 | 395.33 |
| ECAST SETTLEMENT CORP | UNSECURED | 3615.20 | .00 | 1654.68 |
| CARD PROCESSING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 767.37 | .00 | 351.22 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 845.13 | .00 | 386.82 |
| ROUNDUP FUNDING LLC | UNSECURED | 815.04 | .00 | 373.04 |
| TRUCREEN CHEM LAWN | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNITED CONSUMER FINANCIA | UNSECURED | 560.22 | .00 | 256.41 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1418.51 | .00 | 649.25 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 269.56 | .00 | 123.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 878.13 | .00 | 401.92 |
| DELL FINANCIAL SVCS | UNSECURED | 1078.13 | .00 | 493.46 |
| INTERNAL REVENUE SERVICE | UNSECURED | 428.60 | .00 | 196.17 |
| ILLINOIS DEPT REVENUE | UNSECURED | 77.90 | .00 | 35.65 |

Summary of disbursements:

----------------------------------------------------------------------

|                   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL    |
|-------------------|---------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 900.00 | 2928.36  | 29358.50  | .00   | 33186.86 |
| PRINCIPAL PAID     | 900.00 | 2928.36  | 13437.35  | .00   | 17265.71 |
| INTEREST PAID      | 19.21  | .00      | .00       | .00   | 19.21    |
| TOTAL PAID         | 919.21 | 2928.36  | 13437.35  | .00   | 17284.92 |

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00
and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $    815.08 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/10/08              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE




                         PAGE  2
          CASE NO. 04 B 45591 DAWN C WHITE